USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020



# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

Carolyn K. Depoian
Senior Counsel
phone: (212) 356-2358
fax: (212) 356-3509
email: cdepoian@law.nyc.gov

January 27, 2020

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.
01/28/2020

Re: Ian-Carlos Martinez v. City of New York, et al.,
19 CV 9885 (AJN) (KHP)

Your Honor:

I am the Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter.[1] Defendant the City of New York writes to respectfully request a thirty (30) day enlargement of time, until February 26, 2020, to comply with the Court's Valentin Order.

By way of background, plaintiff Ian-Carlos Martinez, proceeding pro se, brings an unreasonable search and seizure claim pursuant to 42 U.S.C. §1983, and a state law false imprisonment claim, against New York Police Department Officer Dawil Valdez and one "John Doe" officer. Plaintiff also appears to attempt to assert a claim of municipal liability against the City of New York. Plaintiff alleges that, while waiting to speak to a potential client, he was unreasonably questioned and searched in a stairwell by Officer Valdez and the "John Doe" officer, who accused him of being at the premises to buy drugs. According to plaintiff, he was thereafter falsely arrested.

On November 26, 2019, the Court ordered this Office to identify the John Doe defendant officer. See Civil Docket Sheet Entry No. 6. To date, despite diligent investigation, defendant City has been unable to ascertain the full name and/or shield number of the John Doe officer purportedly named in plaintiff's Complaint. Plaintiff's Complaint provides no identifying details about the John Doe officer except that he appeared older than defendant Valdez. As such, defendant City respectfully requests an enlargement of thirty (30) days, until February 26, 2020, to respond to the Court's November 26, 2019 Valentin Order. This requested enlargement will afford the City sufficient time to obtain additional documents that may identify the John Doe,

---

[1] Please take further notice that this case is assigned to Assistant Corporation Counsel Jessica C. Engle, who is presently awaiting admission to the New York State Bar and is handling this matter under my supervision. Ms. Engle may be reached directly at (212) 356-0827, or jengle@law.nyc.gov.

and to speak to individuals who may be able to identify said John Doe, without affecting other deadlines in this case.

        Thank you for your consideration of this request.

        Respectfully submitted,

*Carolyn K. Depoian* /S/
Carolyn K. Depoian
*Senior Counsel*

cc: **BY FIRST-CLASS MAIL**
Ian-Carlos Martinez
*Plaintiff Pro Se*
311 West 114th Street
Apt. 3B
New York, NY 10026