

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #:_____
                    DATE FILED: 03/11/2020
```

**T**HE **C**ITY OF **N**EW **Y**ORK
**JAMES E. JOHNSON**          **LAW DEPARTMENT**                    Carolyn K. Depoian
*Corporation Counsel*          100 CHURCH STREET                    Senior Counsel
                               NEW YORK, NY 10007                   phone: (212) 356-2358
                                                                    fax: (212) 356-3509
                                                                    email: cdepoian@law.nyc.gov

March 10, 2020

**MEMO ENDORSED**

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Ian-Carlos Martinez v. City of New York, et al.,
           19 CV 9885 (AJN) (KHP)

Your Honor:

      I am the Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter.[1]  Defendants the City of New York and Dawil Valdez write to respectfully request an adjournment of the initial case management conference currently scheduled for April 23, 2020, at 11:00 a.m., until a date convenient to the Court after April 26, 2020.[2]  This is the second request for an adjournment in this matter.  Plaintiff consents to this request.

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter that is scheduled for Thursday, April 23, 2020 at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, April 27, 2020 at 11:30 a.m.</u>
<u>The Clerk of Court is requested to mail a copy of this endorsement to the Plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
03/11/2020

---

[1] Please take further notice that this case is assigned to Assistant Corporation Counsel Jessica C. Engle, who is presently awaiting admission to the Southern District of New York and is handling this matter under my supervision.  Ms. Engle may be reached directly at (212) 356-0827, or jengle@law.nyc.gov.

[2] Defendants also request a corresponding enlargement of time to file the Proposed Case Management Plan for Pro Se Cases.

- 2 -

Regrettably, Assistant Corporation Counsel Jessica C. Engle, who is handling this matter under my supervision, will be travelling from April 23, 2020, to April 26, 2020, for a family event.  As such, defendants respectfully ask for an adjournment until the undersigned returns, on or after April 27, 2020.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

*Carolyn K. Depoian* /S/
Carolyn K. Depoian
*Senior Counsel*

cc:     **BY FIRST-CLASS MAIL**
        Ian-Carlos Martinez, *Plaintiff Pro Se*
        311 West 114th Street, Apt. 3B
        New York, NY 10026