USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN-CARLOS MARTINEZ,

                    Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT, et al.,

                    Defendants.

**ORDER**

**19-CV-9885 (AJN) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The initial case management conference scheduled for April 27, 2020 at 11:30 a.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: Ian-Carlos Martinez at 311 West 114th Street., Apt 3B, New York, NY 10026.**

Dated: New York, New York
         March 16, 2020

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge