```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN-CARLOS MARTINEZ,

                             Plaintiff,

             -against-

CITY OF NEW YORK, et al.,

                             Defendants.

**ORDER**

**19-CV-9885 (AJN) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

       On December 22, 2020 Defendants submitted a letter to the Court claiming that (1) Plaintiff has failed to provide Defendants with properly executed releases for his medical records and that (2) Plaintiff has failed to produce the audio recording of the incident with the officers within the deadline ordered by the Court.  Accordingly, Defendants request that the Court compel Plaintiff to provide properly executed medical records authorizations, preclude Plaintiff from being able to rely on the audio recording, hold impending depositions in abeyance until these discovery disputes are resolved, and issue a corresponding extension of the discovery deadline.

       **Plaintiff shall have until December 31, 2020 to submit a response to these arguments and requests by letter, not to exceed three pages in length, on ECF.  Further, the Court requests that Defendants submit to the Court the December 17, 2020 annotated releases that were signed and produced by Plaintiff but are allegedly deficient.**  To protect Plaintiff's privacy interests and any personal identifying information that may be contained in the releases, the Court asks that these letters be submitted to the Court via email at

Parker_NYSDChambers@nysd.uscourts.gov.  The Court will review these releases, along with any response submitted by Plaintiff, in advance of the January 5, 2021 conference already scheduled in this case.

**The Court respectfully requests that the clerk of Court mail a copy of this order to the pro se Plaintiff as soon as possible.**

Dated: New York, New York
December 23, 2020

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge