```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN-CARLOS MARTINEZ,

                        Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT, et al.,

                        Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

19-CV-9885 (AJN) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Tuesday, June 29, 2021 at 2:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **June 22, 2021 by 5:00 p.m.**

Dated: New York, New York
       April 5, 2021

                                              SO ORDERED.

                                              *Katharine H Parker*
                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge