USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN-CARLOS MARTINEZ,

                Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT, et al.,

                Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**19-CV-9885 (AJN) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Microsoft Teams settlement conference in this matter previously scheduled for <u>Tuesday, June 29, 2021 at 2:00 p.m.</u> will be now be in person in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website 2 weeks in advance of the conference for the most up to date information**. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>June 22, 2021 by 5:00 p.m.</u>

Dated: New York, New York
       May 12, 2021

SO ORDERED.

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge