USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN-CARLOS MARTINEZ,

                        Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT, et al.,

                        Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

19-CV-9885 (AJN) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

       A settlement conference in this matter is scheduled for **Monday, August 16, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information**.

Dated: New York, New York
       June 30, 2021

                                       SO ORDERED.

                                       _____
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge