```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN-CARLOS MARTINEZ,

                Plaintiff,

-against-

NEW YORK POLICE DEPARTMENT, et al.,

                Defendants.

**ORDER CONVERTING SETTLEMENT CONFERENCE TO VIDEO**

19-CV-9885 (AJN) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The settlement conference in this matter previously scheduled for Monday**, August 16, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby **converted to Microsoft Teams.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

Dated: New York, New York
       August 10, 2021

SO ORDERED.

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge